UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Deborah S Shockley : Chapter 13

Debtor : No. 26-13869-

CERTIFICATION OF SERVICE

I, Albert J. Scarafone, certify that on September 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 16, 2026

/s/ Albert J. Scarafone____________
Albert J. Scarafone, Esquire – 62039
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000
scarafone@comcast.net

**Mailing List Exhibit**

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail
☐ Other

Capital One
PO Box 31293
Salt Lake City, UT 84131
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other

CB Indigo
PO Box 4499
Beaverton, OR 97076
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other

Credit One Bank
PO Box 98872
Las Vegas, NV 89183-8872
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other

Michael D. Vagnoni, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West, Suite 3400 - 1500 Market Street
Philadelphia, PA 1942
Creditor's Attorney
Via: ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☒ e-mail: Michael.vagnoni@obermayer.com
☐ Other

TaxClaim Bureau -County of Montgomery
Court House
PO Box 311
Norristown, PA 19401-0311
Creditor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
☐ Other